# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARCARE, INC., | Case No. 2:16-cv-00964-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| GEAR MEDICAL, LLC, | |
| Defendant(s). | |

Plaintiff filed a returned summons showing a service date of May 20, 2016. Docket No. 10. Defendant has not appeared in this action and Plaintiff has not filed a motion for default or otherwise advanced the case. Accordingly, no later than January 13, 2017, Plaintiff shall file a status report, a request for entry of default, or dismissal papers.

IT IS SO ORDERED.

DATED: December 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge