Peter C. Wetherall, Esq.
Nevada Bar #4414
WETHERALL GROUP, LTD.
9345 West Sunset Road, Suite #100
Las Vegas, Nevada  89148
Ph. (702) 838-8500
Fax: (702) 837-5081
pwetherall@wetherallgroup.com

Randall K. Pulliam, Esq. (*admitted pro hac vice*)
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR  72201
Telephone:  (501) 312-8500
Facsimile:  (501) 312-8505
rpulliam@cbplaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARcare, Inc., an Arkansas Corporation, on behalf of itself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>Gear Medical, LLC, a Nevada Limited Liability Company, d/b/a/ The Vial Company, )<br><br>Defendant. | No.  2:16-cv-964<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff ARcare, Inc., by and through counsel, hereby dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 3, 2017

Respectfully Submitted,

By:  */s/ Randall K. Pulliam*
Randall K. Pulliam, Esq. *(Admitted Pro Hac Vice)*
CARNEY BATES & PULLIAM, PLLC
519 W. 7th Street
Little Rock, Arkansas 72201

1

Telephone: (501) 312-8500
Facsimile: (501) 312-8505
rpulliam@cbplaw.com

and

Peter C. Wetherall, Esq.
Nevada Bar #4414
WETHERALL GROUP, LTD.
9345 West Sunset Road, Suite #100
Las Vegas, Nevada  89148
Ph. (702) 838-8500
Fax: (702) 837-5081
pwetherall@wetherallgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2017, a true and correct copy of the foregoing document has been electronically filed using CM/ECF, and a copy will be served via First Class U.S. Mail to the following:

Gear Medical, LLC
c/o United States Corporation Agents, Inc.
500 N. Rainbow Blvd., Ste. 300A
Las Vegas, NV  89107


By:      /s/ Randall K. Pulliam
Randall K. Pulliam